## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In the Matter of: } | |
| } | Case No. 16-13871 |
| Davis Health, PC } | Chapter 7 |
| } | |
| Debtor } | |

### DEBTOR'S STATEMENT PURSUANT TO 11 U.S.C § 333(A)(1)

Debtor, Davis Health, PC, respectfully responds to this Court's November 9, 2016 Order regarding the possible appointment of an Ombudsman.   Debtor states that in its opinion, no such appointment is necessary for the following reasons:

1. Debtor filed a voluntary Chapter 7 Petition on 10/7/2016.

2. Debtor was an  outpatient addiction treatment center that administered Suboxone to opioid addicted patients.

3. At the time that the Debtor filed for Chapter 7 Bankruptcy, it was no longer actively treating patients.

4. At the time that the Debtor stoped treating patients, Debtor's patients were transferred to the care of Doctor Umer Sayeed-Shah who is currently treating the Debtor's Patients at the same location.

5.  Debtor's patient records were maintained digitally through a third party provider, eClinicalWorks, of Westborough  Massachusetts,  in compliance with HIPAA regulations.

                                                Respectfully Submitted by:

November 22, 2016

                                                /s/ Dax Grantham __
                                                Dax Grantham, BBO# 651066
                                                Grantham Law, LLC
                                                100 Cummings Center, Suite 224C
                                                Beverly,  MA 01915
                                                Tel/fax 978-595-1449

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In the Matter of: } | |
| } | Case No. 16-13871 |
| Davis Health, PC } | Chapter 7 |
| } | |
| Debtor } | |

**CERTIFICATE OF SERVICE**

I, Dax Grantham, hereby certify that on **November 22, 2016** a true copy of

**DEBTOR'S STATEMENT PURSUANT TO 11 U.S.C § 333(A)(1)** and it supporting

documents was presented via this court's ECF system to the parties listed below.

/s/ Dax Grantham
Dax Grantham

| **Trustee** | **US Trustee** |
|---|---|
| Mark G. DeGiacomo | John Fitzgerald |
| Murtha Culina LLP | Office of the US Trustee |
| 99 High Street | 10 Causeway Street |
| Boston, MA 02110 | Boston, MA 02222 |
| *(ecf)* | *(ecf)* |
| | |