**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In the Matter of:   } | |
| } | Case No. 16-13871 |
| Davis Health, PC   } | Chapter 7 |
| } | |
| } | |
| Debtor(s)   } | |

**CERTIFICATE OF SERVICE**

I, Dax Grantham, hereby certify that on November 22, 2016 a true copy of

**ORDER AND NOTICE OF HEARING** was presented via this court's ECF system to the

parties listed below.

Respectfully Submitted by:


/s/ Dax Grantham
Dax Grantham,

| **Trustee** | **US Trustee** |
|---|---|
| Mark G. DeGiacomo | John Fitzgerald |
| Murth Cullina LLP | Office of the US Trustee |
| 99 High Street | 10 Causeway Street |
| Boston, MA 02110 | Boston, MA  02222 |
| *(ecf)* | *(ecf)* |
| | |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
**Proceeding Memorandum/Order**

In Re: Davis Health, PC                           Case/AP Number 16-13871 -FJB
                                                  Chapter 7

#1 Chapter 7 Voluntary Petition for Non-Individuals  Filing Fee in the Amount of $335 Filed by Davis Health, PC. Appointment of health care ombudsman due by 11/7/2016 (Grantham, Dax)

**COURT ACTION:**

_____Hearing held

_____Granted      _____Approved     _____Moot

_____Denied       _____Denied without prejudice    _____Withdrawn in open court

_____Overruled    _____Sustained

_____Continued to _____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order       _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The Debtor has indicated in the chapter 7 petition that the Debtor is a health care business as defined in 11 U.S.C. § 101(27A). Under 11 U.S.C. § 333(a)(1), if the debtor in a case under chapter 7 is a health care business, the Court shall order the appointment of an ombudsman to monitor the quality of patient care and to represent the interests of the patients of the health care business unless the Court finds that the appointment of such ombudsman is not necessary for the protection of patients under the specific facts of the case. The Court will hold a hearing on the question of whether to order the appointment of such an ombudsman on November 29, 2016 at 10:30 A.M. Any party with a position on this issue shall file a response to this order by November 22, 2016. The Debtor shall serve a copy of this order on the chapter 7 Trustee and on the United States Trustee and file a certificate of such service with the Court.

IT IS SO ORDERED:

_/s/ Frank J. Bailey_    Dated: 11/09/2016
Frank J. Bailey
United States Bankruptcy Judge