United States Bankruptcy Court
District of Massachusetts

```
In re:                                                      Case No. 16-13871-fjb
Davis Health, PC                                            Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0101-1          User: ncalvo              Page 1 of 1              Date Rcvd: Dec 20, 2017
                              Form ID: pdf012          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2017.
aty            +Murtha Cullina, LLP,    99 High Street,    Boston, MA 02110-2327

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2017 at the address(es) listed below:
              Anthony  Leone    on behalf of Trustee Mark G. DeGiacomo aleone@murthalaw.com
              Dax B. Grantham    on behalf of Debtor    Davis Health, PC dax@grantham.legal,
               notices@boston-legal.com
              John  Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
              Mark G. DeGiacomo    on behalf of Trustee Mark G. DeGiacomo mdegiacomo@murthalaw.com,
               MA42@ecfcbis.com;jbabula@murthalaw.com
              Mark G. DeGiacomo    mdegiacomo@murthalaw.com,   MA42@ecfcbis.com;jbabula@murthalaw.com
              William J. Lovett    on behalf of Debtor    Davis Health, PC william.lovett@hoganlovells.com
                                                                                             TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In re: | ) |
| --- | --- |
| | ) |
| DAVIS HEALTH, P.C. | ) CHAPTER 7 |
| | ) CASE NO. 16-13871-FJB |
| | ) |
| Debtor | ) |

### ORDER ON THE CHAPTER 7 TRUSTEE'S OBJECTIONS TO CLAIMS

At Boston in said district this 19 day of December, 2017, the Chapter 7 Trustee's Objections to Claims having been brought before me, due notice having been given and good cause appearing to me therefore, it is hereby ORDERED that:

1. The Claim of **Collora, LLP**, identified as Claim No. 1 on the Claims Register is allowed as a general unsecured claim in the amount of $135,292.52.

2. The Claim of **Dr. Umer Sayeed Shah**, identified as Claim No. 4 on the Claims Register is allowed as a §507(a)(4) priority claim in the amount of $12,850.00 and a general unsecured claim in the amount of $1,280.00.

**ENTERED AS AN ORDER OF THE COURT THIS 19 DAY OF DECEMBER, 2017.**

*/s/ Frank J. Bailey*    12/19/2017

HON. FRANK J. BAILEY
UNITED STATES BANKRUPTCY COURT